**CHADBOURNE & PARKE LLP**
Counsel for the Petitioners
30 Rockefeller Plaza
New York, New York 10112
(212) 408-5100
Howard Seife, Esq.
Andrew Rosenblatt, Esq.
Eric Daucher, Esq.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------- x
In re                                                           :
                                                                :
PIONEER FREIGHT FUTURES COMPANY      :  Chapter 15
LIMITED,                                                        :
                                                                :
                                                                :
Debtor in a Foreign Proceeding.                    :  Case No. 13-
---------------------------------------------------------------- x

## LIST FILED PURSUANT TO BANKRUPTCY RULE 1007(a)(4)

     I, Mark Richard Byers, a Joint Liquidator of Pioneer Freight Futures Company Limited (the "Company"), hereby file, as a duly authorized foreign representative, as defined under section 101(24) of title 11 of the United States Code (the "Bankruptcy Code"), in the above-captioned case under Chapter 15 of the Bankruptcy Code, the following list in accordance with Rule 1007(a)(4) of the Federal Rules of Bankruptcy Procedure, which provides:

     [A] foreign representative filing a petition for recognition under chapter 15 shall file with the petition . . . a list containing the names and addresses of all person or bodies authorized to administer foreign proceedings of the debtor, all parties to litigation pending in the United States in which the debtor is a party at the time of the filing of the petition, and all entities against whom provision relief is being sought under § 1519 of the Code.

Fed. R. Bankr. P. 1007(a)(4).

**Name and Address of Administrators in Foreign Proceedings Respecting Debtor**

On February 15, 2010, the High Court of Justice, British Virgin Islands, Eastern Caribbean Supreme Court issued an order placing the Company into formal liquidation and appointing Mark McDonald, Andrew Hosking and me as the Company's Joint Liquidators (together, the "Petitioners").[1]

As described in the Verified Petition filed herewith, in addition to the BVI Proceeding that is the subject of the Chapter 15 petition filed in the above-captioned case, the Company is subject to a liquidation proceeding in the United Kingdom (the "English Proceeding"). I, along with Stephen Akers, am one of the two joint liquidators of the Company in the English Proceeding. The English Proceeding has been conducted concurrently and in conjunction with the BVI Proceeding. The duly appointed joint liquidators in the BVI and English Proceedings are as follows:

| | |
|---|---|
| BVI Joint Liquidators: | Mark Richard Byers<br>Grant Thornton UK LLP<br>30 Finsbury Square<br>London, EC2P 2YU, England |
| | Mark McDonald<br>Grant Thornton (British Virgin Islands) Limited<br>PO Box 4259<br>171 Main Street, 2nd Floor<br>The Barracks, Road Town, British Virgin Islands |
| English Joint Liquidators: | Mark Richard Byers<br>Grant Thornton UK LLP<br>30 Finsbury Square<br>London, EC2P 2YU, England |
| | Stephen Akers<br>Grant Thornton UK LLP<br>30 Finsbury Square<br>London, EC2P 2YU, England |

---

[1] On June 30, 2011, Mr. Hosking resigned as a Joint Liquidator of the Company.

CPAM: 5501036.7

**Litigation Parties in the United States**

The Petitioners are not aware of any litigation involving the Company pending in the United States.

**Entities Against Whom Provisional Relief is Sought Under 11 U.S.C. § 1519**

The Petitioners are not seeking provisional relief under section 1519 of the Bankruptcy Code.

I, Mark Richard Byers, hereby declare, pursuant to 28 U.S.C. § 1746, under penalty of perjury under the laws of the United States of America that the information set forth above is, to the best of my knowledge, information and belief, complete and correct.

Dated:  July 2, 2013

                                               */s/ Mark Richard Byers*
                                               Mark Richard Byers, a Joint Liquidator of Pioneer Freight Futures Company Limited