## **EXHIBIT C**

CPAM: 6338991.1

## LIST OF INTERMEDIARY BANKS

1.  Bank of America;

2.  First Commercial Bank, New York;

3.  Bank of Taiwan;

4.  Credit Agricole CIB;

5.  Barclays Bank;

6.  Arab Bank;

7.  Wells Fargo;

8.  Brown Brothers Harriman & Co.