# **EXHIBIT E**

## LIST OF POTENTIALLY CONNECTED ENTITIES

1. Accent Resources NL;

2. Advance Move Investments Limited;

3. Beijing Xiang Hong Xu Xing Technology Company Limited;

4. Bounty Rich Limited; Fortune Power Management Company Limited;

5. Clever Advance Limited;

6. Fortune Power Trading Company Limited;

7. Fortune Resources Trading Company Limited; Golden Bell Enterprises Limited;

8. Grandmaster Fortune Limited;

9. Harwich Gain Limited;

10. High Insight Management Limited;

11. Inner Mongolia Baotou Steel Rare-Earth (Corp) Hi Tech Co Limited;

12. Intellect Joy Group Limited;

13. Long King International Limited;

14. Mission Bells Investments Limited;

15. Pioneer Freight Assets I Company Limited;

16. Pioneer Iron & Steel Group Company Limited (in Liquidation);

17. Pioneer Metals Group Holdings Corporation;

18. Pioneer Metals Holdings Company Limited;

19. Pioneer Metals Logistics Company Limited;

20. Pioneer Metals Management Limited;

21. Pioneer Metals Resources Company Limited;

22. Pioneer Metals Steel Company Limited;

23. Pioneer Steel & Resources Holdings Limited;

24. Rich Concept International Inc.;

25. Shi Gang International Trading (HK) Company Limited;

26. Smart Triumph Corporation;

27. Success Steel & Logistics Company Limited;

28. Tang Shang Gangxi Steel Products Company Limited;

29. United Iron & Steel;

30. Wealth Partner Investments Limited;

31. Xuan Gang International Trading (HK) Company Limited;

32. YYF International Limited;

33. Zenato Investments Limited;

34. Zhuai YPM Pellet Company Limited; and

35. Zhuhai Yueyufeng Iron and Steel Co. Limited.

CPAM: 6339027.1